No. 09-7643. Oscar Garcia-Quiroz, Petitioner v. United States.

559 U.S. 1093, 130 S. Ct. 2370, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3590.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 339 Fed. Appx. 501.

No. 09-7644. Cirilo Mancilla-Lopez, Petitioner v. United States.

559 U.S. 1093, 130 S. Ct. 2370, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3643.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 864.

No. 09-7698. Mark Fowler, Petitioner v. United States.

559 U.S. 1094, 130 S. Ct. 2371, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3616.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 342 Fed. Appx. 520.

No. 09-7829. Vance Bradshaw, Petitioner v. United States.

559 U.S. 1094, 130 S. Ct. 2371, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3552.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 580 F.3d 1129.

No. 09-7923. Steven Allen Schwartz, Petitioner v. United States.

559 U.S. 1094, 130 S. Ct. 2371, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3567,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 315 Fed. Appx. 412.

No. 09-8090. James T. Kincannon, Petitioner v. United States.

559 U.S. 1094, 130 S. Ct. 2372, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3634.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 567 F.3d 893.

No. 09-8653. Ronnie Sylvia, Petitioner v. Tommy Maddox, et al.

559 U.S. 1094, 130 S. Ct. 2372, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3529.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 756.